United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA JOCHIMS, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-cv-04838 |
| HOUSTON METHODIST SUGAR LAND HOSPITAL, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

On February 14, 2022, Defendant Houston Methodist Sugar Land Hospital's Motion for Summary Judgment (Dkt. 26) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 45. Judge Edison filed a Memorandum and Recommendation on March 28, 2022, recommending that Defendant Houston Methodist Sugar Land Hospital's Motion for Summary Judgment (Dkt. 26) be **GRANTED**. *See* Dkt. 50.

On March 28, 2022, Plaintiff filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 50) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Houston Methodist Sugar Land Hospital's Motion for Summary Judgment (Dkt. 26) is **GRANTED**. Jochims's claims for failure-to-accommodate and disability discrimination in violation of the Americans with Disabilities Act of 1990 and retaliation in violation of Title VII of the Civil Rights Act of 1964 are dismissed.

It is so **ORDERED**.

SIGNED and ENTERED this 29th day of March 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE