United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA JOCHIMS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-cv-04838 |
| | § | |
| HOUSTON METHODIST SUGAR LAND HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On February 18, 2022, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 48. Judge Edison filed a Memorandum and Recommendation on April 20, 2022, recommending that Defendant Houston Methodist Sugar Land Hospital's Motion for Summary Judgment on Plaintiff's Sex and Pregnancy Discrimination Claim (Dkt. 49) be **GRANTED**. *See* Dkt. 54.

On May 4, 2022, Plaintiff filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 54) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Houston Methodist Sugar Land Hospital's Motion for Summary Judgment (Dkt. 49) is **GRANTED**. Jochims's claim for sex and pregnancy discrimination is dismissed.

It is so **ORDERED**.

SIGNED and ENTERED this 9th day of May 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE